## Norton *v.* Paragon Oil Can Company.

Little, J.  This court, at the March term, 1896 (98 *Ga.* 468), decided that, under the law and the facts of this case as they then appeared, both the plaintiff in error and his late partner were liable to the de-

fendant in error upon the account in question. At the trial now under review, no material error, if any at all, was committed; and the facts by which the case is controlled being substantially the same, there was no error in directing a verdict in accordance with the previous adjudication of this court.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 22, — Decided March 24, 1898.

Complaint on note. Before Judge Harris. City court of Floyd county. December term, 1896.

*Fouche & Fouche,* for plaintiff in error.
*Rowell & Rowell,* contra.

*Judgment affirmed. All concurring, except Cobb, J., absent.*